STATE OF NEW JERSEY v. DAVID WILLIAMS.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RUTH ANN KENNY.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL L. SLEDGE, JR.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HEDGEBETH.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DONALD O'GRADY.

September 16, 1986.

Petition for certification denied.